CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 01 2018

JULIA C. DUD...
BY: A. Beeson
    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MCCOA, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 7:17-CV-00505 |
| RETAIL SERVICE SYSTEMS, INC., | ) By: Hon. Michael F. Urbanski |
| Defendant. | ) Chief United States District Judge |

## FINAL ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, defendant Retail Service Systems, Inc.'s motion to dismiss, ECF No. 7, is **GRANTED**. The case is dismissed without prejudice and is stricken from the court's active docket.

It is **SO ORDERED**.

Entered: 02-01-2018

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge